# UNITED STATES DISTRICT COURT
## FOR THE District of Delaware
### U. S. District Court – Distict of Delaware

Shire Laboratories Inc.
        Plaintiff,

v.                                        Case No.: 1:05−cv−00020−GMS
                                             Honorable Gregory M. Sleet

Impax Laboratories Inc.
        Defendant.

TYPE OF CASE:        Civil

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE of INITIAL TELECONFERENCE: Initial 16.2a Teleconference set for 3/9/2005 (Wednesday) at 09:15 AM before Honorable Gregory M. Sleet. Counsel for plaintiff is directed to initiate the telephone conference call to chambers at (302) 573−6470.(ctd)

**PLACE**
U. S. District Court – Distict of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

March 1, 2005

                                                                      Peter T. Dalleo, Clerk
                                                      Tyer−Daly, C. ctd, Deputy Clerk