IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LABORATORIES INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) C.A. No. 05-0020 GMS<br>IMPAX LABORATORIES, INC., )<br>)<br>Defendant. )<br>) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that the law firm of Morris James Hitchens & Williams LLP substitutes its appearance for the law firm of Blank Rome LLP on behalf of Defendant Impax Laboratories, Inc.

Dated: March 3, 2005

                                        */s/ Mary B. Matterer*
                                   Mary B. Matterer (#2696)
                                   MORRIS JAMES HITCHENS & WILLIAMS LLP
                                   222 Delaware Avenue, 10th Floor
                                   Wilmington, Delaware 19801
                                   302.888.6800
                                   mmatterer@morrisjames.com

                                   Attorneys for Defendant
                                   IMPAX LABORATORIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2005, I electronically filed the foregoing document, **NOTICE OF SUBSTITUTION OF COUNSEL**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

      */s/ Mary B. Matterer*
Mary B. Matterer (#2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendant
IMPAX LABORATORIES, INC.