# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

April 4, 2005

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the
District of Delaware
844 North King Street
Lock Box 19
Wilmington, Delaware 19801

Re:   Shire Laboratories v. Impax Laboratories, C.A. No. 05-20-GMS

Dear Judge Sleet:

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.2(b), I submit on behalf of all parties the Joint Report in preparation for the status and scheduling conference before Your Honor on April 11, 2005 at 2:00 p.m. As always, if Your Honor has any questions or would like to discuss any aspect of this matter, counsel remains available at the Court's convenience.

Respectfully submitted,

Frederick L. Cottrell, III

FLC:lmg

Enclosure

cc:   Clerk of the Court (By Electronic Filing; w/encl.)
      Mary B. Matterer, Esq. (By Hand Delivery and Electronic Filing; w/encl.)

RLF1-2859670-1