IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LABORATORIES INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Civil Action No.: 05-0020 GMS |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Philip J. McCabe, Esquire and C. Kyle Musgrove, Esquire of the law firm of Kenyon & Kenyon to represent Defendant Impax Laboratories, Inc. in this matter.

Dated: April 11, 2005

                                        */s/ Mary B. Matterer*
                                        Mary B. Matterer #2696
                                        Morris, James, Hitchens & Williams LLP
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, DE 19801
                                        (302) 888-6800
                                        mmatterer@morrisjames.com

                                        Attorneys for Defendant
                                        Impax Laboratories, Inc.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____

                                        _____
                                        The Honorable Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, the State of New York and the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: April 11, 2005

Signed: *[signature]*
Philip J. McCabe, Esq.
Kenyon & Kenyon
333 West San Carlos Street, Suite 600
San Jose, CA 95110
(408) 975-7500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  April 11, 2005          Signed: *C. Kyle Musgrove*
                                       C. Kyle Musgrove, Esq.
                                       Kenyon & Kenyon
                                       1500 K Street, NW
                                       Washington, D.C. 20005-1257
                                       (202) 220-4200

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Additionally, I hereby certify that on the 11th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151


Dated: April 11, 2005      /s/ Mary B. Matterer
                           Mary B. Matterer (#2696)
                           Morris, James, Hitchens & Williams LLP
                           222 Delaware Avenue, 10th Floor
                           Wilmington, Delaware 19801
                           302.888.6800
                           mmatterer@morrisjames.com

                           Attorneys for Defendant
                           Impax Laboratories, Inc.