IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LABORATORIES INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-20-GMS |
| ) | |
| v. ) | |
| ) | |
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Defendant ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 1, 2005, copies of (i) Shire Laboratories Inc.'s First Set of Interrogatories (Nos. 1-7) and (ii) Shire Laboratories Inc.'s First Set of Requests for the Production of Documents and Things (Request Nos. 1-11) were served on counsel as follows:

**BY HAND DELIVERY**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801

**BY FACSIMILE**

Philip J. McCabe, Esquire
Amy L. Hulina, Esquire
Kenyon & Kenyon
333 W. San Carlos Street, Suite 600
San Jose, California 95110

C. Kyle Musgrove, Esquire
Robert F. Vroom, Esquire
Kenyon & Kenyon
1500 K Street, N.W.
Washington, DC 20005

RLF1-2859256-1

-2-

|  |  |
|---|---|
| OF COUNSEL: | /s/ F. L. Cottrell |
|  | Frederick L. Cottrell, III (#2555) |
| Edgar H. Haug | (Cottrell@RLF.com) |
| Steven M. Amundson | Kelly E. Farnan (#4395) |
| Porter F. Fleming | (Farnan@RLF.com) |
| Sandra Kuzmich | Richards, Layton & Finger |
| Frommer Lawrence & Haug LLP | One Rodney Square |
| 745 Fifth Avenue | P.O. Box 551 |
| New York, New York 10151 | Wilmington, DE 19899 |
| Telephone: (212) 588-0800 | Telephone: (302) 651-7700 |
| Facsimile: (212) 588-0500 | Facsimile: (302) 651-7701 |
|  | Attorneys for Plaintiff Shire Laboratories Inc. |

Dated: April 11, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801

I hereby certify that on April 11, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FACSIMILE**
Philip J. McCabe, Esquire
Amy L. Hulina, Esquire
Kenyon & Kenyon
333 W. San Carlos Street, Suite 300
San Jose, CA 95110

John C. Vetter, Esquire
Michael A. Seim, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 1000

C. Kyle Musgrove, Esquire
Robert F. Vroom, Esquire
Kenyon & Kenyon
1500 K Street, N.W.
Washington, DC 20005

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-2859677-1