IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LABORATORIES INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-020-GMS |
| ) | |
| v. ) | |
| ) | |
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

MOTION AND ORDER
FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Edgar H. Haug and Porter F. Fleming of Frommer Lawrence & Haug LLP to represent Plaintiff Shire Laboratories Inc. in this matter.

OF COUNSEL:

Edgar H. Haug
Steven M. Amundson
Porter F. Fleming
Sandra Kuzmich
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800

Dated: April 11, 2005

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Kelly E. Farnan (#4395)
(Farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Plaintiff Shire Laboratories Inc.

SO ORDERED this _____ day of April, 2005.

_____
U.S.D.J.

RLF1-2862541-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Edgar H. Haug
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

DATE: April 11, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Porter F. Fleming
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

DATE: April 11, 2005

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801

I hereby certify that on April 11, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated::

**BY TELECOPY**
Philip J. McCabe, Esquire
Amy L. Hulina, Esquire
Kenyon & Kenyon
333 W. San Carlos Street, Suite 300
San Jose, CA 95110

John C. Vetter, Esquire
Michael A. Seim, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 1000

C. Kyle Musgrove, Esquire
Robert F. Vroom, Esquire
Kenyon & Kenyon
1500 K Street, N.W.
Washington, DC 20005

Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1-2851039-1