IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LABORATORIES INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Civil Action No.: 05-0020 GMS |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Robert F. Vroom, Esquire and Michael A. Siem, Esquire of the law firm of Kenyon & Kenyon to represent Defendant Impax Laboratories, Inc. in this matter.

Dated: April 15, 2005

/s/ *Mary B. Matterer*
Mary B. Matterer #2696
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
Impax Laboratories, Inc.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____         _____
                              The Honorable Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: April 15, 2005

Signed: _____
Robert F. Vroom, Esq.
Kenyon & Kenyon
1500 K Street, N.W.
Washington, D.C. 20005-1257
(202) 220-4200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: April 11, 2005

Signed: /s/ Michael A. Siem
Michael A. Siem, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050
(212) 425-7200

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Additionally, I hereby certify that on the 15th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Dated: April 15, 2005              /s/ Mary B. Matterer
                                   Mary B. Matterer (#2696)
                                   Morris, James, Hitchens & Williams LLP
                                   222 Delaware Avenue, 10th Floor
                                   Wilmington, Delaware 19801
                                   302.888.6800
                                   mmatterer@morrisjames.com

                                   Attorneys for Defendant
                                   Impax Laboratories, Inc.