# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LABORATORIES INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-0020 GMS |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 15th day of April, 2005, copies of the following document, **DEFENDANT IMPAX LABORATORIES, INC.'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1)**, were served on counsel as indicated:

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Frederick L. Cottrell, III, Esq. | Sandra Kuzmich, Esq. |
| Kelly E. Farnan, Esq. | Frommer Lawrence & Haug LLP |
| Richards, Layton & Finger | 745 Fifth Avenue |
| One Rodney Square | New York, NY  10151 |
| Wilmington, DE  19801 | 212.588.0800 |

Dated: April 14, 2005

                              */s/ Mary B. Matterer*
                              Mary B. Matterer (#2696)
                              MORRIS JAMES HITCHENS & WILLIAMS LLP
                              222 Delaware Avenue, 10th Floor
                              Wilmington, Delaware 19801
                              302.888.6800
                              mmatterer@morrisjames.com

                              Attorneys for Defendant
                              IMPAX LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Additionally, I hereby certify that on the 14th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Dated: April 14, 2005

      _____/s/ Mary B. Matterer_____
      Mary B. Matterer (#2696)
      MORRIS JAMES HITCHENS & WILLIAMS LLP
      222 Delaware Avenue, 10th Floor
      Wilmington, Delaware 19801
      302.888.6800
      mmatterer@morrisjames.com

      Attorneys for Defendant
      IMPAX LABORATORIES, INC.