IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LABORATORIES INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 05-0020 GMS |
| IMPAX LABORATORIES, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 2nd day of May, 2005, copies of the following documents, **IMPAX LABORATORIES, INC.'S RESPONSES TO SHIRE LABORATORIES INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-11) and IMPAX LABORATORIES, INC.'S RESPONSES TO SHIRE LABORATORIES INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-7)**, were served on counsel as indicated:

<u>VIA EMAIL</u>
Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

<u>VIA EMAIL</u>
Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
212.588.0800

Dated: May 2, 2005

                               */s/ Mary B. Matterer*
                               Mary B. Matterer (#2696)
                               MORRIS JAMES HITCHENS & WILLIAMS LLP
                               222 Delaware Avenue, 10th Floor
                               Wilmington, Delaware 19801
                               302.888.6800
                               mmatterer@morrisjames.com

                               Attorneys for Defendant
                               IMPAX LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Additionally, I hereby certify that on the 2nd day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Dated: May 2, 2005

                             _/s/ Mary B. Matterer_
                             Mary B. Matterer (#2696)
                             MORRIS JAMES HITCHENS & WILLIAMS LLP
                             222 Delaware Avenue, 10th Floor
                             Wilmington, Delaware 19801
                             302.888.6800
                             mmatterer@morrisjames.com

                             Attorneys for Defendant
                             IMPAX LABORATORIES, INC.