IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LABORATORIES INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IMPAX LABORATORIES, INC., )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 05-0020 GMS |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 11th day of May, 2005, copies of the following document, **IMPAX LABORATORIES, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-10)**, were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**VIA EMAIL AND FEDERAL EXPRESS**
Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
212.588.0800

Dated: May 11, 2005

_/s/ Mary B. Matterer_
Mary B. Matterer (#2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendant
IMPAX LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

Additionally, I hereby certify that on the 11th day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151

Dated: May 11, 2005

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Mary B. Matterer_
　　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　302.888.6800
　　　　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　IMPAX LABORATORIES, INC.