# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

May 13, 2005

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: *Shire Laboratories v. Impax Laboratories*,
C.A. Nos. 03-1164-GMS, 05-20-GMS

Dear Judge Sleet:

Enclosed is a proposed form of scheduling order reflecting the dates agreed upon by the parties and discussed with Your Honor during the scheduling conference conducted in this matter on April 11, 2005 and the teleconferences held on April 29, 2005 and May 4, 2005. In addition, as requested by Your Honor, the enclosed proposed form of order includes a stipulation regarding literal infringement. Finally, it consolidates the actions under one civil action number.

If Your Honor has any questions regarding the proposed form of order, counsel remain available at the Court's convenience. Thank you.

Respectfully,

Kelly E. Farnan

Kelly E. Farnan (#4395)

KEF:bw
cc: Clerk of the Court (via electronic filing)
    Mary B. Matterer, Esquire (via electronic filing and hand delivery)

RLF1-2875962-1