**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHIRE LABORATORIES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 03-1164-GMS |
| | : | 05-20 GMS |
| IMPAX LABORATORIES, INC., | : | |
| | : | Consolidated Cases |
| Defendant. | : | |

**ORDER**

At Wilmington this **1st** day of **December, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, December 20, 2005 at 4:00 p.m. EST** with Magistrate Judge Thynge. The purpose of the teleconference is follow-up regarding the status of the case and the related New York case. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE